12954

LYTLE v. MILLER, CLERK OF COURT, *ET AL.*

(154 S. E., 225)

*Messrs. Nichols, Wyche & Byrnes,* for appellants, ▮

*Messrs. T. H. Munro* and *L. K. Jennings,* for respondents,

July 23, 1930.

The opinion of the Court was delivered by MR. JUSTICE CARTER.

The facts and issues involved in the appeal in this case are set forth in the order of his Honor, Judge T. S. Sease, who heard the cause, and, for the reasons assigned by his Honor, Judge Sease, in deciding the case in favor of the plaintiff-respondent, the exceptions are overruled and the judgment of the Circuit Court affirmed.

MESSRS. JUSTICES COTHRAN, BLEASE and STABLER concur.

MR. CHIEF JUSTICE WATTS did not participate.